People of the State of Illinois, Plaintiff-Appellee, v. Tommie Lee Mitchell (Impleaded), Defendant-Appellant.

Gen. No. 53,047.

First District, Second Division.

February 18, 1969.

Paul J. Galanti, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James S. Veldman, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.